

444 N MICHIGAN AVE
SUITE 3270
CHICAGO, IL 60611
312-784-2400

WWW.DARCYDEVASSY.COM

August 9th, 2022

<u>Via Efile</u>
Northern District of Illinois Clerk's Office
327 S Church St.
Rockford IL 61101

   Re: <u>U.S. Bank National Association d/b/a U.S Bank Equipment Finance v. Cargo Connections Vladimirovac, Inc. and Raimondas Zekas</u>
     Case no. 1:22-cv-04168
     Receipt no. AILNDC-19725207

Dear Sir or Madam,

 On August 9th, 2022, a duplicate filing fee was charged in case no. 1:22-cv-04168, *U.S. Bank National Association d/b/a U.S. Bank Equipment Finance v. Cargo Connections Vladmirovac, Inc. and Raimondas Zekas* for the amount of $402.00. We request that you refund this amount associated with receipt no. AILNDC-19725207 to the original payment method.

 Should you have any questions or concerns, please contact our office at 312-784-2400, or contact me via email at cmacke@darcydevassy.com

            Very truly yours,

            /s/ Christine Macke
            Christine Macke, Legal Assistant